NOTE: CHANGES MADE BY COURT

# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fe Simonette Muncan,<br><br>        Plaintiff,<br><br>   v.<br><br>Securian Life Insurance Company,<br><br>        Defendants. | Case No.: 8:22-cv-01711-FWS-ADS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE [22]** |

///

///

///

# ORDER

Having reviewed and considered the Parties' Stipulation for Dismissal with Prejudice [22] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED**.

DATED: April 12, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE